**STATE of Missouri, Respondent,**

v.

**Irvin J. COOPER, Appellant.**

**No. WD 38937.**

Missouri Court of Appeals, Western District.

July 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from convictions of assault in the second degree and armed criminal action and sentences of seven and nine years.

Judgment affirmed. Rule 30.25(b).